1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6

7  KEVIN KERVORKIAN, SBN 130242
   LAW OFFICE OF KEVIN B. KEVORKIAN
8  675 Hartz Avenue, Suite 104
   Danville, CA 94526
   Telephone: (925) 838-0900
9  Facsimile: (925) 831-1722

10 Attorneys for Defendants
   CENTRAL VALLEY DINER, INC. dba
11 DENNY'S #8031; and CORINNE R.
   WAGNER, TRUSTEE OF THE CORINNE
12 R. WAGNER 2002 REVOCABLE TRUST

13

                UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| LARY FEEZOR, | Case No. 2:10-cv-00001-LKK-KJN |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| CENTRAL VALLEY DINER, INC. dba DENNY'S #8031; AND CORINNE R. WAGNER, TRUSTEE OF THE CORINNE R. WAGNER 2002 REVOCABLE TRUST, | |
| Defendants. / | |

Stipulation for Dismissal and [Proposed]              *Feezor v. Central Valley Diner, Inc., et al.*
Order Thereon                                         Case No. 2:10-cv-00001-LKK-KJN
                              - 1 -

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendants, CENTRAL VALLEY DINER, INC. dba DENNY'S #8031; and CORINNE R. WAGNER, TRUSTEE OF THE CORINNE R. WAGNER 2002 REVOCABLE TRUST, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 13, 2010           DISABLED ADVOCACY GROUP, APLC

/s/Lynn Hubbard III
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: September 13, 2010           LAW OFFICE OF KEVIN B. KEVORKIAN

/s/Kevin B. Kevorkian
KEVIN B. KEVORKIAN
Attorney for Defendants CENTRAL VALLEY DINER, INC. dba DENNY'S #8031; and CORINNE R. WAGNER, TRUSTEE OF THE CORINNE R. WAGNER 2002 REVOCABLE TRUST

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00001-LKK-KJN, is hereby dismissed with prejudice.

Dated: September 14, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT